IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Trend Micro Incorporated and Trend Micro, Inc.<br><br>　　　　Plaintiffs<br><br>　v.<br><br>Taasera Licensing LLC,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:22-cv-00477<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Trend Micro Incorporated and Trend Micro, Inc. (collectively, "Trend Micro") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Trend Micro hereby voluntarily dismisses this action against Defendant Taasera Licensing, LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

| | |
|---|---|
| Dated: March 4, 2022 | PAUL HASTINGS LLP |
| | |
| | <u>/s/ Yar R. Chaikovsky</u> |
| | Yar R. Chaikovsky (admitted) |
| | Philip Ou (pro hac vice) |
| | Bruce S. Yen (pro hac vice) |
| | Alexander H. Lee (pro hac vice) |
| | Paul Hastings LLP |
| | 1117 S. California Avenue |
| | Palo Alto, CA 94304-1106 |
| | Telephone: 650.320.1800 |
| | Facsimile: 650.320.1900 |
| | Email: yarchaikovsky@paulhastings.com |
| | Email: philipou@paulhastings.com |
| | Email: bruceyen@paulhastings.com |
| | Email: alexanderlee@paulhastings.com |
| | |
| | Attorneys for Plaintiffs, |
| | Trend Micro Incorporated and Trend Micro, Inc. |